IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA And JIM SOUTHARD | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action File No.: 2:23-cv-00225-RWS |
| KIPPER TOOL COMPANY | ) ) | |
| DEFENDANT. | ) ) | |
| _____ | ) | |

## ENTRY OF APPEARANCE

COMES NOW M. Tyler Smith of Smith, Gilliam, Williams & Miles, P.A. and enters his appearance as counsel for Defendant Kipper Tool Company in the above-styled action.

This 31st day of October, 2023.

        **SMITH, GILLIAM, WILLIAMS & MILES, P.A.**
        Attorneys for Defendant

        By: */s/ M. Tyler Smith*
           **M. Tyler Smith**
           Georgia Bar No.: 661685

        P.O. Box 1098
        Gainesville, Georgia 30503-1098
        (T): 770-536-3381
        (F): 770-531-1481
        tsmith@sgwmfirm.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>And JIM SOUTHARD )<br> )<br>     Plaintiff, )<br> )<br>v. )<br> )<br>KIPPER TOOL COMPANY )<br> )<br>     DEFENDANTS. )<br>_____ ) | Civil Action File No.:<br>2:23-cv-00225-RWS |

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant in the within-entitled cause hereby certifies that on this day I electronically filed the foregoing *ENTRY OF APPEARANCE* with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record and have this day served a copy of said *ENTRY OF APPEARANCE* by electronic mail and by U.S. Mail to the following counsel of record:

Qiaojing Zheng, Esq.
Janette L. Wipper, Esq.
Sanford Heisler Sharp, LLP
300 Hamilton Ave
Suite 500
Palo Alto, CA  94301
qzheng@sanfordheisler.com
jwipper@sanforheisler.com

Vincent McKnight, Esq.
Sarah Chu, Esq.
Sanford Heisler Sharp, LLP
700 Pennsylvania Ave SE
Suite 300
Washington, DC  20003
vmcknight@sanfordheisler.com
Schu@sanfordheisler.com

Sharanya Mohan, Esq.
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue, 9th Floor
San Franscisco, CA  94102
Sharanya.mohan@usdoj.gov

An N. Tran, Esq.
Jenner & Block, LLP
455 Market Street
Suite 2100
San Francisco, CA  94105-2453
Atran@Jenner.com

David W. DeBruin
Jenner & Block, LLP
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001-4412
DDeBruin@jenner.com

This 31st day of October, 2023.

**Smith, Gilliam, Williams & Miles, P.A.**
Attorneys for Defendant
By: _/s/ M. Tyler Smith_
   **M. Tyler Smith**
   Georgia Bar No.: 661685
Gainesville, Georgia 30503-1098
(T): 770-536-3381
(F): 770-531-1481
tsmith@sgwmfirm.com

3